IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMAN MOSAIC AND TILE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE COMPANY and GREAT NORTHERN COMPANY, | : | |
| Defendants. | : | NO. 11-6004 |

## **ORDER**

AND NOW, on this 5th day of April, 2012, upon careful consideration of Liberty's Motion for Summary Judgment (ECF No. 6), the parties' initial and supplemental briefing, and the oral arguments by the parties on March 1, 2012—and for the reasons in the accompanying Memorandum—it is hereby ORDERED that:

(1) Liberty's Motion for Summary Judgment is GRANTED.

(2) All claims against Liberty are DISMISSED.

(3) Judgment is ENTERED in favor of Liberty and against Roman Mosaic.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-6004 Roman v. Liberty\Roman SJ Order.wpd